JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❐ 1  U.S. Government
       Plaintiff

❐ 3  Federal Question
       *(U.S. Government Not a Party)*

❐ 2  U.S. Government
       Defendant

❐ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                     *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❐ 1 | ❐ 1 | Incorporated *or* Principal Place of Business In This State | ❐ 4 | ❐ 4 |
| Citizen of Another State | ❐ 2 | ❐ 2 | Incorporated *and* Principal Place of Business In Another State | ❐ 5 | ❐ 5 |
| Citizen or Subject of a Foreign Country | ❐ 3 | ❐ 3 | Foreign Nation | ❐ 6 | ❐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❐ 110 Insurance | **PERSONAL INJURY**             **PERSONAL INJURY** | ❐ 625 Drug Related Seizure | ❐ 422 Appeal 28 USC 158 | ❐ 375 False Claims Act |
| ❐ 120 Marine | ❐ 310 Airplane              ❐ 365 Personal Injury - | of Property 21 USC 881 | ❐ 423 Withdrawal | ❐ 376 Qui Tam (31 USC |
| ❐ 130 Miller Act | ❐ 315 Airplane Product            Product Liability | ❐ 690 Other | 28 USC 157 | 3729(a)) |
| ❐ 140 Negotiable Instrument | Liability                  ❐ 367 Health Care/ | | | ❐ 400 State Reapportionment |
| ❐ 150 Recovery of Overpayment | ❐ 320 Assault, Libel &            Pharmaceutical | | **PROPERTY RIGHTS** | ❐ 410 Antitrust |
| & Enforcement of Judgment | Slander                   Personal Injury | | ❐ 820 Copyrights | ❐ 430 Banks and Banking |
| ❐ 151 Medicare Act | ❐ 330 Federal Employers'          Product Liability | | ❐ 830 Patent | ❐ 450 Commerce |
| ❐ 152 Recovery of Defaulted | Liability               ❐ 368 Asbestos Personal | | ❐ 835 Patent - Abbreviated | ❐ 460 Deportation |
| Student Loans | ❐ 340 Marine                 Injury Product | | New Drug Application | ❐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❐ 345 Marine Product            Liability | | ❐ 840 Trademark | Corrupt Organizations |
| ❐ 153 Recovery of Overpayment | Liability             **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❐ 480 Consumer Credit |
| of Veteran's Benefits | ❐ 350 Motor Vehicle         ❐ 370 Other Fraud | ❐ 710 Fair Labor Standards | ❐ 861 HIA (1395ff) | ❐ 490 Cable/Sat TV |
| ❐ 160 Stockholders' Suits | ❐ 355 Motor Vehicle         ❐ 371 Truth in Lending | Act | ❐ 862 Black Lung (923) | ❐ 850 Securities/Commodities/ |
| ❐ 190 Other Contract | Product Liability       ❐ 380 Other Personal | ❐ 720 Labor/Management | ❐ 863 DIWC/DIWW (405(g)) | Exchange |
| ❐ 195 Contract Product Liability | ❐ 360 Other Personal            Property Damage | Relations | ❐ 864 SSID Title XVI | ❐ 890 Other Statutory Actions |
| ❐ 196 Franchise | Injury                  ❐ 385 Property Damage | ❐ 740 Railway Labor Act | ❐ 865 RSI (405(g)) | ❐ 891 Agricultural Acts |
| | ❐ 362 Personal Injury -          Product Liability | ❐ 751 Family and Medical | | ❐ 893 Environmental Matters |
| | Medical Malpractice | Leave Act | | ❐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**       **PRISONER PETITIONS** | ❐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ❐ 210 Land Condemnation | ❐ 440 Other Civil Rights      **Habeas Corpus:** | ❐ 791 Employee Retirement | ❐ 870 Taxes (U.S. Plaintiff | ❐ 896 Arbitration |
| ❐ 220 Foreclosure | ❐ 441 Voting               ❐ 463 Alien Detainee | Income Security Act | or Defendant) | ❐ 899 Administrative Procedure |
| ❐ 230 Rent Lease & Ejectment | ❐ 442 Employment          ❐ 510 Motions to Vacate | | ❐ 871 IRS—Third Party | Act/Review or Appeal of |
| ❐ 240 Torts to Land | ❐ 443 Housing/                   Sentence | | 26 USC 7609 | Agency Decision |
| ❐ 245 Tort Product Liability | Accommodations        ❐ 530 General | | | ❐ 950 Constitutionality of |
| ❐ 290 All Other Real Property | ❐ 445 Amer. w/Disabilities -  ❐ 535 Death Penalty | | | State Statutes |
| | Employment              **Other:** | **IMMIGRATION** | | |
| | ❐ 446 Amer. w/Disabilities -  ❐ 540 Mandamus & Other | ❐ 462 Naturalization Application | | |
| | Other                   ❐ 550 Civil Rights | ❐ 465 Other Immigration | | |
| | ❐ 448 Education            ❐ 555 Prison Condition | Actions | | |
| | ❐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❐ 1 Original
      Proceeding

❐ 2 Removed from
      State Court

❐ 3 Remanded from
      Appellate Court

❐ 4 Reinstated or
      Reopened

❐ 5 Transferred from
      Another District
      *(specify)*

❐ 6 Multidistrict
      Litigation -
      Transfer

❐ 8 Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

**JURY DEMAND:**    ❐ Yes    ❐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____     DOCKET NUMBER _____

DATE                                SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____     AMOUNT_____     APPLYING IFP_____     JUDGE_____     MAG. JUDGE_____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?                                                    Yes ☐            No ☐

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?                          Yes ☐            No ☐

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?               Yes ☐            No ☐

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?                                                                Yes ☐            No ☐

I certify that, to my knowledge, the within case   ☐ **is** / ☐ **is not**   related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____    _____    _____
                                                                        *Attorney-at-Law / Pro Se Plaintiff*                        *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.*     *Federal Question Cases:*                                            *B.*     *Diversity Jurisdiction Cases:*

☐   1.   Indemnity Contract, Marine Contract, and All Other Contracts          ☐   1.   Insurance Contract and Other Contracts
☐   2.   FELA                                                                   ☐   2.   Airplane Personal Injury
☐   3.   Jones Act-Personal Injury                                              ☐   3.   Assault, Defamation
☐   4.   Antitrust                                                              ☐   4.   Marine Personal Injury
☐   5.   Patent                                                                 ☐   5.   Motor Vehicle Personal Injury
☐   6.   Labor-Management Relations                                             ☐   6.   Other Personal Injury *(Please specify):* _____
☐   7.   Civil Rights                                                           ☐   7.   Products Liability
☐   8.   Habeas Corpus                                                          ☐   8.   Products Liability – Asbestos
☐   9.   Securities Act(s) Cases                                                ☐   9.   All other Diversity Cases
☐   10.  Social Security Review Cases                                                    *(Please specify):* _____
☐   11.  All other Federal Question Cases
         *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Brian M. Doyle _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐   Relief other than monetary damages is sought.

DATE: _____    _____    _____
                                                                        *Attorney-at-Law / Pro Se Plaintiff*                        *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | | |
|---|---|---|---|
| Eileen Kulp | Advantage<br>v. Care Rehablitation | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br>NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)          ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X )

| | | |
|---|---|---|
| 7/8/2020 | Brian M. Doyle | Eileen Kulp |
| **Date** | **Attorney-at-law** | **Attorney for** |
| | | |
| 215-944-6113 | 215-944-5124 | Briand@ericshore.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**