IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EILEEN KULP, | : |
| Plaintiff, | : |
| v. | : Civil No. 5:20-cv-03339-JMG |
| ADVANTAGE CARE REHABILITATION | : |
| Defendant. | : |

## **ORDER**

AND NOW, this            day of            , 2020, upon consideration of Plaintiff's Motion for Leave to Amend Plaintiff's Amended Complaint, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
JOHN M. GALLAGHER, J.